

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 14-605 |
| v. | : | Hon. Noel L. Hillman |
| DAVID EVDOKIMOW | : | <u>ORDER</u> |

This matter having come before the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Paul A. Murphy and Justin S. Herring, Assistant U.S. Attorneys, appearing) and defendant David Evdokimow (James A. Kridel, Esq. and Robert J. Basil, Esq., appearing) for an order setting a briefing schedule for the defendant's proposed motions for a judgment of acquittal and/or a new trial under Rules 29 and 33 of the Federal Rules of Criminal Procedure, respectively. *See* Docket No. 85.

WHEREFORE, it is on this 11th day of December, 2015

ORDERED that:

Based on the joint request of the parties, the Court hereby orders that the parties shall comply with the following deadlines with respect to the Defendant's motions under Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure:

1. The Defendant's motions and opening memoranda are due no later than December 10, 2015;

2. The Government's responses to the motions are due no later than January 13, 2016; and

3. The Defendant is to file any reply memoranda no later than January 27, 2016.

Consented to form and entry:

*/s/ Paul A. Murphy*
Paul A. Murphy
Justin S. Herring
Assistant U.S. Attorneys

*/s/ Robert J. Basil*
James A. Kridel, Esq.
Robert J. Basil, Esq.
Counsel for defendant David Evdokimow

_____
Hon. Noel L. Hillman
United States District Judge

Dated:     December 11, 2015
           Camden, New Jersey